Kevin Sterling PARKS, Petitioner,

v.

TEXAS DEPARTMENT OF PUBLIC SAFETY, Respondent.

No. 00–0908.

Supreme Court of Texas.

June 21, 2001.

W. McNab Miller, III, Houston, for Petitioner.

Carla Elaina Eldred, Kevin Michael Givens, Austin, for Respondent.

PER CURIAM.

Relying on its opinion in *Texas Department of Public Safety v. Callender*, 14 S.W.3d 319 (Tex.App.—Houston [14th Dist.] 1999), *pet. granted, judgm't vacated w.r.m.*, 51 S.W.3d 296 (Tex.2001), the court of appeals dismissed this appeal for want of jurisdiction. 2000 WL 991688. Because of our recent decision in *Texas Department of Public Safety v. Barlow*, 48 S.W.3d 174 (Tex.2001), without hearing oral argument, we grant the petition for review without reference to the merits, vacate the court of appeals' judgment dismissing this appeal, and remand this case

to that court for further proceedings. *See* Tex.R.App.P. 59.1, 60.2(f).